# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| LUCAS WISNIAKOWSKI, Individually and For Others Similarly Situated,<br><br>  Plaintiff,<br><br>v.<br><br>COOPER/T. SMITH CORPORATION, CT STEVEDORING, INC., and COOPER/PORTS AMERICA, LLC,<br><br>  Defendants. | Case No. 4:19-cv-01087<br><br>JURY TRIAL DEMANDED<br><br>COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b) |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Lucas Wisniakowski (Plaintiff) and Defendant Cooper/T. Smith Corporation, Defendant CT Stevedoring, Inc., and Defendant Cooper/Ports America, LLC (collectively, Defendants) hereby give notice to the Court that the Parties have reached a settlement agreement. The Parties are currently finalizing the terms of the same and will file dismissal papers no later than **May 29, 2020**.

**Dated: May 13, 2020**

Respectfully submitted,

<table>
<tr><td>

*/s/Taylor A. Jones*
**Michael A. Josephson**
Texas State Bar No. 24014780
Federal ID No. 27157
**Andrew W. Dunlap**
Texas State Bar No. 24078444
Federal ID No. 1093163
**Taylor A. Jones**
Texas State Bar No. 24107823
Federal ID No. 3348814
**JOSEPHSON DUNLAP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
713.352.1100 (Telephone)
713.352.3300 (Fax)

**COUNSEL FOR PLAINTIFF**

</td><td>

*/s/Benjamin P. Glass (with permission)*
**Benjamin P. Glass**
South Carolina State Bar No. 66519
*(Admitted Pro Hac Vice)*
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
211 King Street, Suite 200
Charleston, SC 29401
843.853.1300 (Telephone)
843.853.9992 (Fax)

**Samantha Seaton**
Texas State Bar No. 24088382
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
One Allen Center, Suite 3000
500 Dallas Street
Houston, Texas 77002
713.655.0855
713.655.0020

**COUNSEL FOR DEFENDANTS**

</td></tr>
</table>

## CERTIFICATE OF SERVICE

I served a copy of this document on all counsel of record via the Court's ECF system on May 13, 2020 in accordance with the Federal Rules of Civil Procedure.

*/s/ Taylor A. Jones*
**Taylor A. Jones**