United States District Court
Southern District of Texas
**ENTERED**
May 14, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LUCAS WISNIAKOWSKI, | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-19-1087 |
| | § | |
| COOPER/T. SMITH CORPORATION, | § | |
| *et al.*, | § | |
|    Defendants. | § | |

## CONDITIONAL ORDER OF DISMISSAL

The Court has been advised that a settlement has been reached between Plaintiff and Defendants. *See* Joint Notice of Settlement [Doc. # 38]. As a result, the Court **DISMISSES** this case without prejudice to reinstatement of Plaintiff's claims, if any party represents to the Court on or before **June 15, 2020,** that the settlement could not be completely documented and finalized. The May 19, 2020 status conference is cancelled.

SIGNED at Houston, Texas, this 14th day of **May, 2020**.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE

P:\ORDERS\11-2019\1087Conditional.wpd   200514.0812