United States District Court
Southern District of Texas
**ENTERED**
August 04, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LUCAS WISNIAKOWSKI, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-19-1087 |
| | § | |
| COOPER/T. SMITH CORPORATION, | § | |
| *et al.*, | § | |
| Defendants. | § | |

## **DISMISSAL ORDER**

In accordance with the parties' Joint Dismissal With Prejudice [Doc. # 40], it is hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

SIGNED at Houston, Texas, this 4th day of **August, 2020**.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE